IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric J. Storlazzi<br>        Debtor. | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>        Movant,<br>v.<br>Eric J. Storlazzi<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>17-17926/AMC<br><br>11 U.S.C. § 362<br><br>July 24, 2018 at 11:00 am |
| William C. Miller, Trustee,<br>        Additional Respondent. | Courtroom # 5 |

**MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF, FROM THE AUTOMATIC STAY UNDER SECTION 362 (d)**

Secured Creditor, JPMorgan Chase Bank, National Association ("Movant"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 362, hereby seeks relief from the automatic stay to exercise and enforce its rights, without limitation, with respect to certain real property. In support of this motion, Movant avers as follows:

1. Debtor named above filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code in the Eastern District of Pennsylvania under the above case number.

2. Movant is the holder of a secured claim against Debtor secured only by a first mortgage lien on real estate which is the principal residence of Debtor located at 412 Dalmas Avenue, Glenolden, PA 19036 (the "Mortgaged Premises").

3. Additional Respondent is the Standing Trustee appointed in this Chapter 13 proceeding.

4. The filing of the Petition operated as an automatic stay under Section 362(a) of the Bankruptcy Code of proceedings to foreclose on the mortgage held by Movant on the Mortgaged Premises.

5. Debtor has not claimed an exemption in the subject property.

6. Debtor has failed to make post-petition monthly mortgage payments.

7. The defaults include the following monthly payments and charges:

a) Payments of $1,657.59 from March 1, 2018 through June 1, 2018 which totals $6,630.36;

b) Suspense Balance ($165.88);

c) The total amount due (7(a) through 7(b) combined) is $6,464.48

8. The Fair Market Value of the Property is $178,058.00, as per Debtor's Schedules. The approximate amount necessary to pay off the loan is $197,852.44 good through June 14, 2018. The breakdown of the payoff is as follows:

| | |
|---|---:|
| Principal Balance | $174,232.71 |
| Accrued Interest | $7,369.80 |
| Escrow Advances made by Plaintiff | $16,415.81 |
| Suspense Balance | ($165.88) |
| Daily Per Diem | $17.30 |

9. Movant's interests are being immediately and irreparably harmed. Movant is entitled to relief, from the automatic stay, pursuant to either 11 U.S.C. § 362 (d)(1) or (d)(2), because of the foregoing default and because:

10. Movant, as a holder of the first mortgage lien securing a debt owed by Debtor, lacks adequate protection for its interests in the Mortgaged Premises;

11. Debtor does not have any equity in the Mortgaged Premises; and

12. The Mortgaged Premises are not necessary to an effective reorganization or plan.

13. Movant requests that the Court waive Rule 4001(a)(3), permitting Movant to immediately implement and enforce the Court's order.

14. Attached are redacted copies of any documents that support the motion, such as promissory notes, mortgages, assignments and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

15. Basis for asserting that the applicable party has the right to foreclose. JPMorgan Chase Bank, N.A., services the loan on the property referenced in this Motion for Relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of JPMorgan Chase Bank, National Association. Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.

WHEREFORE, Movant respectfully moves this Court for an Order (i) granting Movant relief from the automatic stay to foreclose upon and to otherwise exercise and enforce its rights with

respect to the Mortgaged Premises, (ii) awarding reasonable attorneys' fees incurred in the preparation and presentation of this motion, and (iii) granting all such other and further relief as the Court deems appropriate and necessary.  A proposed order to such effect is submitted herewith.

                                                                 Respectfully submitted,

Dated:  June 28, 2018                                    BY:/s/ Kevin S. Frankel
                                                            Kevin S. Frankel, Esquire
                                                            Shapiro & DeNardo, LLC
                                                            3600 Horizon Drive, Suite 150
                                                           King of Prussia, PA 19406
                                                           (610)278-6800/ fax (847) 954-4809
S&D File #:17-058346                                 PA BAR ID #318323
                                                            pabk@logs.com